Joseph K. OKOR, Plaintiff–Appellant,

v.

SEGA OF AMERICA, INC., Defendant–Appellee,

and

Nintendo of America, Inc., Defendant–Appellee.

No. 00–1484.

United States Court of Appeals, Federal Circuit.

Feb. 13, 2001.

Before PAULINE NEWMAN, MICHEL, and RADER, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36